IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| IVEY MANAGEMENT CORPORATION | : | NO. 11-50274 JPS |
| | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

___

**NOTICE OF TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER ENCUMBRANCES**

___

The Chapter 7 Bankruptcy Trustee in the above case, Walter W. Kelley, has filed motions to sell any and all personal property, wherever located, belonging to the bankruptcy estates of Ivey Management Corporations (Ch. 7 Bankr. Case No. 11-50274 JPS), Leslie Gregg Ivey (Ch. 7 Bankr. Case No. 11-53075), and Paulette Ivey (11-53036 JPS). This property includes, but is not limited to, hunting equipment, fishing equipment, farm implements and equipment, household goods and furnishings, firearms, and ammunition. A listing of the property to be sold is attached to the Trustee's motions. The Trustee will also sell any and all other personal property belonging to the bankruptcy estate.

The Trustee will sell the above property by auction to the highest and best offer through T. Lynn Davis Realty and Auction Company, Inc. The auctioneer's fee will be a ten percent (10%) buyer's premium on all property sold at the auction plus expenses. This sale will be free and clear of all liens and other encumbrances with any valid liens to attach to the sale proceeds.

YOUR RIGHTS MAY BE AFFECTED. READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE **FEBRUARY 21, 2014.** THE OBJECTION/RESPONSE SHOULD BE SENT TO **CLERK OF THE COURT, U. S. BANKRUPTCY COURT, P.O. BOX 1957, MACON, GEORGIA   31202.** IF A RESPONSE/OBJECTION IS FILED, A HEARING WILL BE HELD ON **WEDNESDAY, FEBRUARY 26, 2014, AT 11:30 A.M., AT THE THOMAS JEFFERSON FEDERAL BUILDING, COURTROOM A, 433 CHERRY STREET, MACON, GEORGIA.**

IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE. ANY RESPONSE OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED.

    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE SALE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

    This 31st day of January, 2014.

                            /s/ David S. Ballard
                            DAVID S. BALLARD
                            Attorney for the Chapter 7 Trustee
                            Georgia Bar No. 635107
                            Kelley, Lovett, & Blakey, P.C.
                            P.O. Box 70879
                            Albany, GA   31708
                            Tel: 229- 888-9128
                            dballard@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| IVEY MANAGEMENT CORPORATION | : | NO. 11-50274 JPS |
| | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

_____

**TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS
AND OTHER ENCUMBRANCES**

Chapter 7 Trustee Walter W. Kelley files this motion to sell property of the bankruptcy estate free and clear of liens and other encumbrances. In doing so, he shows the Court:

-1-

This motion is brought under 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

-2-

The Debtor filed a Chapter 11 petition on January 31, 2011. The case subsequently converted to Chapter 7 on September 27, 2011. J. Coleman Tidwell was initially appointed to serve as Chapter 7 Trustee. In late December 2013, Walter W. Kelley was named the successor Trustee.

-3-

This Debtor's case is closely related to two other open Chapter 7 asset cases assigned to Mr. Kelley: Lesie Gregg Ivey, Case No. 11-53075 and Paulette Ivey, Case No. 11-53036. These three Debtors have commingled their assets to the point that it is impossible to determine which assets belong to which bankruptcy estate.

-4-

The Chapter 7 Trustee will sell all the personal property listed on attached Exhibit A. This property includes, but is not limited to hunting equipment, fishing equipment, farm implements and equipment, household goods and furnishings, firearms, and ammunition. The Trustee will also sell any and all other personal property belonging to bankruptcy estate, wherever located.

-5-

The property described above belongs to the bankruptcy estates of the above-referenced Debtors. Because the Trustee cannot determine which personal property belongs to which bankruptcy estate, he intends to sell all the property together. The proceeds and expenses from the sales will be shared evenly between the three bankruptcy estates.

-6-

The Trustee will sell the above property by auction using T. Lynn Davis Realty and Auction Company, Inc. ("auctioneer"). The Trustee intends to file an application with the Court to approve the employment of this auctioneer for this purpose.

-7-

The auctioneer's fee will be a ten percent (10%) buyer's premium on all property sold at the auction. The Trustee will reimburse the auction company for any reasonable expenses incurred in connection with this auction. If approved by this Court, the auctioneer's fee and expense reimbursement will be paid directly from the sale proceeds.

-8-

The sale of the property is to be "as is," and "where is." The sale will be free and clear of liens and other encumbrances, with any valid liens attaching to the sale proceeds.

-9-

Notice of this motion will be served on all creditors and interested parties listed on attached Exhibit B. By failing to file a timely objection to this motion, said parties shall indicate their consent to this sale.

**WHEREFORE, THE TRUSTEE PRAYS FOR AN ORDER**:

(a) allowing the above-described sale;

(b) authorizing the Trustee to sell the Debtor's interest in the above-described property free and clear of liens and encumbrances, with any valid liens attaching to the sale proceeds;

(c) allowing direct payment of compensation and reimbursement of expenses to the auctioneer (after Court approval) using the sale proceeds;

(d) allowing the Trustee, in his discretion to reject any offer that the Trustee believes is not in the best interest of the estate; and

(e) for such other and further relief as the Court deems just and proper.

/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA   31708
Tel: 229- 888-9128
dballard@kelleylovett.com

Case 11-50274  Doc 209  Filed 01/31/14  Entered 01/31/14 12:24:44  Desc Main
Document  Page 6 of 16

1/24/2014  T Lynn Davis Realty and Auction Co  Page: 1
10:06:34  Auction Inventory by Consignor  v8.01-Lots-11
6-March 1, 2014 Broadway Sale

**B1976**
**Walter Kelley**
**Walter Kelley Trustee**
**P O Box 70879**
**Albany, GA 31708**
**Phone:229-888-9128  Fax:229-888-0966**

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 1 | 1354 - 13 Boxes 20 Ga Magnum Shells | 1.00 |
| 398 | 2 | 1355 - 20 Boxes 12 Ga Magnum Shells | 1.00 |
| 398 | 3 | 1356 - 18 Boxes 12 Ga Steel Shot Shells | 1.00 |
| 398 | 4 | 1357 - 68 Boxes 28 Ga Shells (Assortment) | 1.00 |
| 398 | 5 | 1358 - 40 Boxes 28 Ga Assortment of Shells | 1.00 |
| 398 | 6 | 1359 - 11 Boxes 20 Ga Assortment of Shells | 1.00 |
| 398 | 7 | 1360 - 9 Boxes 12 Ga No Tox Magnum Shell With Ammo Box | 1.00 |
| 398 | 8 | 1361 - 303 Cale Ammo Box of Rifle Shells | 1.00 |
| 398 | 9 | 1362 - 223 Cal Ammo Box of Rifle Shells | 1.00 |
| 398 | 10 | 1363 - 9MM Ammo Box of Pistol Bullets | 1.00 |
| 398 | 11 | 1364 - 36 Boxes & Bag 410 Shotgun Shells | 1.00 |
| 398 | 12 | 1365 - 29 Boxes 20 Ga Assortment of Shotgun Shells,Bag | 1.00 |
| 398 | 13 | 1366 - 24 Boxes 12 Ga Shotgun Shells & Bag Shells | 1.00 |
| 398 | 14 | 1367 - Box Assorted Pistol Bullets & Primers | 1.00 |
| 398 | 15 | 1368 - 27 Boxes Assorted Rifle Shells & Loose Shells | 1.00 |
| 398 | 16 | 1369 - 7 Boxes, (3-300 Mag, 4-7MM Mag) | 1.00 |
| 398 | 17 | 1370 - Box of assorted clips,Cleaning Kit,Rods,2 Stands | 1.00 |
| 398 | 18 | 1371 - Box Misc Hunting Stuff, Wii Fit | 1.00 |
| 398 | 19 | 1372 - Dog Collars, Shock Collars | 1.00 |
| 398 | 20 | 1373 - Lot of Fishing Tackle | 1.00 |
| 398 | 21 | 1374 - Lot of Rubber Worms | 1.00 |
| 398 | 22 | 1375 - Lot of Fishing Tackle | 1.00 |
| 398 | 23 | 1376 - Black Net,2 Cast Nets | 1.00 |
| 398 | 24 | 1377 - Deer Hangers & Scale | 1.00 |
| 398 | 25 | 1378 - Aereator & Spotlight | 1.00 |
| 398 | 26 | 1379 - Ridgeway Grand father Clock | 1.00 |
| 398 | 27 | 1380 - Inlaid Desk,Credenza, Exec Chair | 1.00 |
| 398 | 28 | 1381 - 2 Leather Side Chairs | 1.00 |
| 398 | 29 | 1382 - 2 Inlaid File Cabinets | 1.00 |
| 398 | 30 | 1383 - Red Head Gun Safe | 1.00 |
| 398 | 31 | 1384 - Browning Pro Steel Gun Safe | 1.00 |
| 398 | 32 | 1385 - Assorted Gun Cases | 1.00 |
| 398 | 33 | 1386 - Bushnell Binoculars | 1.00 |
| 398 | 34 | 1387 - Kodak Digital Camera Z-740 | 1.00 |
| 398 | 35 | 1388 - Assortment of Hunting Knives | 1.00 |
| 398 | 36 | 1389 - Browning Bow Micro Mida S/N OC4A | 1.00 |
| 398 | 37 | 1390 - Box of Custom Made Arrows | 1.00 |
| 398 | 38 | 1391 - Box of Assorted Turkey & Deer Calls | 1.00 |
| 398 | 39 | 1392 - Kohr Violin With Case | 1.00 |
| 398 | 40 | 1393 - 2 Tool Boxes, Tools & Makita Drill | 1.00 |
| 398 | 41 | 1394 - Ridgid Cordless Saw & Bag | 1.00 |
| 398 | 42 | 1395 - 2 Ryobi Cordless Drills, 2 New Batteries | 1.00 |
| 398 | 43 | 1396 - Echo Weed Eater, 3 Hedge Trimmers | 1.00 |
| 398 | 44 | 1397 - 13 HP Water Cannon Pressure Washerm Muffler Broken | 1.00 |

Ex. A

**B1976**
**Walter Kelley**
**Walter Kelley Trustee**
**P O Box 70879**
**Albany, GA 31708**
**Phone:229-888-9128  Fax:229-888-0966**

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 45 | 1398 - 2 Shop Vac & Dirt Devil Vac | 1.00 |
| 398 | 46 | 1399 - Karcher Pressure Washer | 1.00 |
| 398 | 47 | 1400 - 9 Water Hoses & Caddy | 1.00 |
| 398 | 48 | 1401 - 2 Hand Held Blowers & Back Pack Blower | 1.00 |
| 398 | 49 | 1402 - Coleman 3000 Watt Gas Generator | 1.00 |
| 398 | 50 | 1403 - 7 Boxes Assorted Electrical Supplies | 1.00 |
| 398 | 51 | 1404 - Lot of Plumbing Supplies | 1.00 |
| 398 | 52 | 1405 - 4 Boxes of Caulking | 1.00 |
| 398 | 53 | 1406 - 5 Boxes of Assorted Light Bulbs | 1.00 |
| 398 | 54 | 1407 - Bolens 31 CC Mini Roto Tiller | 1.00 |
| 398 | 55 | 1408 - Roller Stands,Levelers,Carpenter Tools | 1.00 |
| 398 | 56 | 1409 - Concrete Float & Tools | 1.00 |
| 398 | 57 | 1410 - Propane Cooking Pot | 1.00 |
| 398 | 58 | 1411 - Propane Cooking Pot | 1.00 |
| 398 | 59 | 1412 - Propane Cooking Pot | 1.00 |
| 398 | 60 | 1413 - New Bag Classic Turkey Frying Outfit | 1.00 |
| 398 | 61 | 1414 - 4 Pots, Large Frying Fan & Misc | 1.00 |
| 398 | 62 | 1415 - 8 Hand Sprayers | 1.00 |
| 398 | 63 | 1416 - 5Hp 30 Galllon Craftsman Air Compressor | 1.00 |
| 398 | 64 | 1417 - Craftsman Sand Blaster | 1.00 |
| 398 | 65 | 1418 - Dewalt Recip Saw & Dewalt Planer | 1.00 |
| 398 | 66 | 1419 - Bosch & Ryobi Jig Saw | 1.00 |
| 398 | 67 | 1420 - 2 Drills, Circular Saw,Sander, Stud Gun | 1.00 |
| 398 | 68 | 1421 - 3 Boxes Assorted Hand Tools | 1.00 |
| 398 | 69 | 1422 - 2 Small Air Compressors & Air Hose | 1.00 |
| 398 | 70 | 1423 - Stihl 029 Super Chain Saw 3llY | 1.00 |
| 398 | 71 | 1424 - Craftsman & Echo Chain Saw | 1.00 |
| 398 | 72 | 1425 - Stihl Gasoline Pole Saw | 1.00 |
| 398 | 73 | 1426 - Schumacher & Solor Battery Charges | 1.00 |
| 398 | 74 | 1427 - Pallets Misc Parts | 1.00 |
| 398 | 75 | 1428 - New Coulter Wheels | 1.00 |
| 398 | 76 | 1429 - Assortment of John Deere Filters | 1.00 |
| 398 | 77 | 1430 - Bags of Assorted Grass Seed | 1.00 |
| 398 | 78 | 1431 - Pallet of Assorted Chemicals | 1.00 |
| 398 | 79 | 1432 - Signode Banding & Clamps | 1.00 |
| 398 | 80 | 1433 - Assortment of New & Used John Deere Parts | 1.00 |
| 398 | 81 | 1434 - Hand Pump & Hoses , 2 Rolls Twine | 1.00 |
| 398 | 82 | 1435 - Screen Wire, Fogger,3 Baskets 1 Gal Jugs,Mail Box | 1.00 |
| 398 | 83 | 1436 - Lot of Assorted Hunting Supplies | 1.00 |
| 398 | 84 | 1437 - Pallet of Assorted Bolts & Nails | 1.00 |
| 398 | 85 | 1438 - Pallet of Assorted Nails & Screws | 1.00 |
| 398 | 86 | 1439 - Pallet of Assorted Electrical Wire | 1.00 |
| 398 | 87 | 1440 - Assorted Irrigation Pipe Fittings | 1.00 |
| 398 | 88 | 1441 - 2 Irrigation Feed Hoses | 1.00 |

6-March 1, 2014 Broadway Sale

B1976
Walter Kelley
Walter Kelley Trustee
P O Box 70879
Albany, GA 31708
Phone:229-888-9128  Fax:229-888-0966

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 89 | 1442 - Box of Pipe O Rings | 1.00 |
| 398 | 90 | 1443 - Earthway Push Planter- 2 Push Spreaders | 1.00 |
| 398 | 91 | 1444 - Pallet of Assorted Paint, Rollers & Misc | 1.00 |
| 398 | 92 | 1445 - Barrel of Assorted Chemicals | 1.00 |
| 398 | 93 | 1446 - Barrel of Yard Tools | 1.00 |
| 398 | 94 | 1447 - Barrell Of Yard Tools | 1.00 |
| 398 | 95 | 1448 - Duck Naked Duck Plucker | 1.00 |
| 398 | 96 | 1449 - 2 Airless Paint Sprayers | 1.00 |
| 398 | 97 | 1450 - 2 Pair Hand Trucks | 1.00 |
| 398 | 98 | 1451 - 4 Wheeler 12 Volt Sprayer | 1.00 |
| 398 | 99 | 1452 - 2 Propane Heaters With Tanks | 1.00 |
| 398 | 100 | 1453 - 9 Propane Tanks | 1.00 |
| 398 | 101 | 1454 - 4 Manual Pole Saws | 1.00 |
| 398 | 102 | 1455 - Large Wood Table | 1.00 |
| 398 | 103 | 1456 - Lot of Assorted Tarps | 1.00 |
| 398 | 104 | 1457 - 3 Box Fans & Heater | 1.00 |
| 398 | 105 | 1458 - Freon Leak Detector | 1.00 |
| 398 | 106 | 1459 - Front Mounted John Deere Spray Boom | 1.00 |
| 398 | 107 | 1460 - Pallet of Assorted Implement Parts | 1.00 |
| 398 | 108 | 1461 - 8 Trash Cans | 1.00 |
| 398 | 109 | 1462 - Hitch Carrier, Side Step Bars, Hitch Seat Mount | 1.00 |
| 398 | 110 | 1463 - Lot of Water Hoses | 1.00 |
| 398 | 111 | 1464 - Fiberglass Bed Cover for Pickup | 1.00 |
| 398 | 112 | 1465 - 2 Axle Irrigation Pipe Trailer | 1.00 |
| 398 | 113 | 1466 - 44 Pieces, 30' Twist Loc Irrigation Pipe | 1.00 |
| 398 | 114 | 1467 - Bri Mar 12' 2 Axle Dump Trailer | 1.00 |
| 398 | 115 | 1468 - A2400 AT Amadas Reel Rain Traveler W/Gun | 1.00 |
| 398 | 116 | 1469 - 9000 Rainbow Pumping Unit, J D Diesel | 1.00 |
| 398 | 117 | 1470 - 1700 John Derre 6 Row Vac Planter | 1.00 |
| 398 | 118 | 1471 - Red Ball Spray Unit | 1.00 |
| 398 | 119 | 1472 - 8 Row KMC Rip & Till S/N 62566 | 1.00 |
| 398 | 120 | 1473 - 2620 Bush Hog 20' Bat Wing Mower S/N1201492 | 1.00 |
| 398 | 121 | 1474 - 5 Bottom John Deere Plow | 1.00 |
| 398 | 122 | 1475 - John Deere Sickle Mower | 1.00 |
| 398 | 123 | 1476 - 2 Roll Hay Spear | 1.00 |
| 398 | 124 | 1477 - New Idea Corn Snapper | 1.00 |
| 398 | 125 | 1478 - 500 Gal Fuel Tank With 12 Volt Pump | 1.00 |
| 398 | 126 | 1479 - 2 Axle 16' Hooper Trailer | 1.00 |
| 398 | 127 | 1480 - Wood Jungle Jim Swing Set | 1.00 |
| 398 | 128 | 1481 - Mitty 3 Pt Hitch Dump | 1.00 |
| 398 | 129 | 1482 - 1978 Strick Storage Trailer S/N 8575 | 1.00 |
| 398 | 130 | 1483 - Gun Rack, Wood Trunk | 1.00 |
| 398 | 131 | 1484 - 2 Lead & Glass Windows | 1.00 |
| 398 | 132 | 1485 - 13 Deer Heads, Elk Head, Hog Head, Cow Head | 1.00 |

1/24/2014 10:06:34

Case 11-50274  Doc 209  Filed 01/31/14  Entered 01/31/14 12:24:44  Desc Main
Document      Page 9 of 16

T Lynn Davis Realty and Auction Co., Inc.
Auction Inventory by Consignor
6-March 1, 2014 Broadway Sale

Page: 4
v8.01-Lots-11

**B1976**
**Walter Kelley**
**Walter Kelley Trustee**
P O Box 70879
Albany, GA 31708
Phone:229-888-9128  Fax:229-888-0966

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 133 | 1486 - Assorted Fish & Fowl Mounts | 1.00 |
| 398 | 134 | 1487 - 6 Rattle Snake Skins | 1.00 |
| 398 | 135 | 1488 - Tack Trunk & Horse Tack | 1.00 |
| 398 | 136 | 1489 - 4 Wood Ladder Back Chairs | 1.00 |
| 398 | 137 | 1490 - 8 Ladder Back Chairs With Cane Bottoms | 1.00 |
| 398 | 138 | 1491 - 7 Ladder Back Chairs With Cane Bottoms | 1.00 |
| 398 | 139 | 1492 - 4 Green Stools With Cushions | 1.00 |
| 398 | 140 | 1493 - 3 Wood & Cane Rockers | 1.00 |
| 398 | 141 | 1494 - 4 Wood Rocking Chairs | 1.00 |
| 398 | 142 | 1495 - 2 Recliners, 1 Exec Swivel Chair | 1.00 |
| 398 | 143 | 1496 - 8 Assorted Tools | 1.00 |
| 398 | 144 | 1497 - 2 Heaters, Box Fan, 2 Dehumidifers | 1.00 |
| 398 | 145 | 1498 - Wardrobe | 1.00 |
| 398 | 146 | 1499 - 2 Table, Mag Rack, Halltree | 1.00 |
| 398 | 147 | 1500 - 3 Green Tables | 1.00 |
| 398 | 148 | 1501 - Pine Rocker & Pine Coffee Table | 1.00 |
| 398 | 149 | 1502 - 2 Mirrors & Chest of Drawers | 1.00 |
| 398 | 150 | 1503 - 2 Burgandy Chairs | 1.00 |
| 398 | 151 | 1504 - Bakers Rack & Leather Rocker | 1.00 |
| 398 | 152 | 1505 - Pine Dresser | 1.00 |
| 398 | 153 | 1506 - Table, & 4 Chairs,( Leg Broken) | 1.00 |
| 398 | 154 | 1507 - 2 Gourds, Bird Cage, 2 Bird Houses | 1.00 |
| 398 | 155 | 1508 - 4 Lamps (1 Coming Apart) | 1.00 |
| 398 | 156 | 1509 - Wood Table, Rack Cabinet & Bread Box | 1.00 |
| 398 | 157 | 1510 - Cutting Table | 1.00 |
| 398 | 158 | 1511 - Lot of Wine Glasses | 1.00 |
| 398 | 159 | 1512 - 2 Bookcases & End Table | 1.00 |
| 398 | 160 | 1513 - Large Double Side Porcelain Gulf Sign | 1.00 |
| 398 | 161 | 1514 - 2 Clocks Wood Cabinet | 1.00 |
| 398 | 162 | 1515 - Pie Safe Kitchen Cabinet | 1.00 |
| 398 | 163 | 1516 - Wood Cabinet | 1.00 |
| 398 | 164 | 1517 - Round Oak Dining Table | 1.00 |
| 398 | 165 | 1518 - 4 Pcs Cast Iron Cookware With Lids | 1.00 |
| 398 | 166 | 1519 - Hand Painted Saw Blade,Plate,Fuel Can | 1.00 |
| 398 | 167 | 1520 - Pot Rack, Brass & Copper Pots& Pans,Red Kettle | 1.00 |
| 398 | 168 | 1521 - 2 Wood Tables | 1.00 |
| 398 | 169 | 1522 - 2 Boxes of First Aid Supplies | 1.00 |
| 398 | 170 | 1523 - Assorted China Plates | 1.00 |
| 398 | 171 | 1524 - 3 Boxes Cd's,DVS, VCh Tapes | 1.00 |
| 398 | 172 | 1525 - Assorted Slicer,Chopper, Blender, Weather Station | 1.00 |
| 398 | 173 | 1526 - Tray Of Kitchen Utensils | 1.00 |
| 398 | 174 | 1527 - 2 Blocks With Knives | 1.00 |
| 398 | 175 | 1528 - Pan Kitchen Utensils | 1.00 |
| 398 | 176 | 1529 - Pan Kitchen Utensils | 1.00 |

1/24/2014 10:06:34 — Case 11-50274  Doc 209  Filed 01/31/14 Entered 01/31/14 12:24:44  Desc Main Document  Page 10 of 16 — Page: 5  v8.01-Lots-11

Lynn Davis Realty and Auction Co

Inventory By Consignor

6-March 1, 2014 Broadway Sale

**B1976**
Walter Kelley
Walter Kelley Trustee
P O Box 70879
Albany, GA 31708
Phone:229-888-9128  Fax:229-888-0966

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 177 | 1530 - Pan Kitchen Utensils | 1.00 |
| 398 | 178 | 1531 - 2 Boxes of Assorted Candles | 1.00 |
| 398 | 179 | 1532 - 2 Boxes Assorted Tools | 1.00 |
| 398 | 180 | 1533 - Plumbing Supplies | 1.00 |
| 398 | 181 | 1534 - 3 Pictures | 1.00 |
| 398 | 182 | 1535 - 7 Pictures | 1.00 |
| 398 | 183 | 1536 - 7 Pictures | 1.00 |
| 398 | 184 | 1537 - 7 Pictures | 1.00 |
| 398 | 185 | 1538 - 5 Pictures | 1.00 |
| 398 | 186 | 1539 - 3 Pictures | 1.00 |
| 398 | 187 | 1540 - Wood Desk | 1.00 |
| 398 | 188 | 1541 - Antique Cabinet | 1.00 |
| 398 | 189 | 1542 - Antique Desk & Chair | 1.00 |
| 398 | 190 | 1543 - Wood Table | 1.00 |
| 398 | 191 | 1544 - Mahogany Table | 1.00 |
| 398 | 192 | 1545 - Singer Sewing Machine | 1.00 |
| 398 | 193 | 1546 - Bunn Coffee Maker, Kitchen Aid Mixer, Attachments | 1.00 |
| 398 | 194 | 1547 - Box of Trailer Lights, Wiring, Hitch | 1.00 |
| 398 | 195 | 1548 - Lot of Power Tools & Misc | 1.00 |
| 398 | 196 | 1549 - 2 Mighty Mule Gate Openers | 1.00 |
| 398 | 197 | 1550 - Mirror & Assorted Signs | 1.00 |
| 398 | 198 | 1551 - Box of John Deere Signs | 1.00 |
| 398 | 199 | 1552 - Box of Assorted Signs | 1.00 |
| 398 | 200 | 1553 - Drafting Table | 1.00 |
| 398 | 201 | 1554 - Pallet of Assorted Christmas Decorations | 1.00 |
| 398 | 202 | 1555 - Pallet Pots & Pans & Kitchen Supplies | 1.00 |
| 398 | 203 | 1556 - Pallet Of Assorted New Items & Hardware | 1.00 |
| 398 | 204 | 1557 - Lot Of Pots & Pan & Kitchen Supplies | 1.00 |
| 398 | 205 | 1558 - Pallet Dolls, Doll House, Trunk & Toys | 1.00 |
| 398 | 206 | 1559 - Lot of Stuffed Animals & Toys | 1.00 |
| 398 | 207 | 1560 - 2 Upholstered Chairs & Exec Swivel Chair | 1.00 |
| 398 | 208 | 1561 - Pallet Assorted Linens, Pillows, Throws, Misc | 1.00 |
| 398 | 209 | 1562 - Pallet of Camo Clothes & Boots | 1.00 |
| 398 | 210 | 1563 - Lot of Camo Tote Bags | 1.00 |
| 398 | 211 | 1564 - Lot of Camo Folding Stools & Chairs | 1.00 |
| 398 | 212 | 1565 - Camo Clothes & Caps | 1.00 |
| 398 | 213 | 1566 - Pallet of Pant & Chemicals | 1.00 |
| 398 | 214 | 1567 - Pallet of Assorted Mens Clothes | 1.00 |
| 398 | 215 | 1568 - Assorted Cookbooks | 1.00 |
| 398 | 216 | 1569 - Magic Chef Chest Freezer | 1.00 |
| 398 | 217 | 1570 - Pallet office Supplies & Assorted Books | 1.00 |
| 398 | 218 | 1571 - Pallet of Electrical Supplies | 1.00 |
| 398 | 219 | 1572 - Pallet of Sleeping Bags | 1.00 |
| 398 | 220 | 1573 - Pedal John Deere Tractor & John Deere Trailer | 1.00 |

Lynn Davis Realty and Auction Co., Inc.
Auction Inventory by Consignor
6-March 1, 2014 Broadway Sale

**B1976**
**Walter Kelley**
**Walter Kelley Trustee**
**P O Box 70879**
**Albany, GA 31708**
**Phone:229-888-9128  Fax:229-888-0966**

| CO# | LOT # | DESCRIPTION | QUANTITY |
|-----|-------|-------------|----------|
| 398 | 221 | 1574 - 4 Large John Deere Toy Tractots & 1 Remote Control | 1.00 |
| 398 | 222 | 1575 - Box of Assorted John Deere Toy Tractors | 1.00 |
| 398 | 223 | 1576 - Box of Assorted John Deere Toy Tractors | 1.00 |
| 398 | 224 | 1577 - Box of Assorted John Deere Toy Impements | 1.00 |
| 398 | 225 | 1578 - Lot of Art & Craft Supplies | 1.00 |
| 398 | 226 | 1579 - Pallet of Baby Beds & Misc | 1.00 |
| 398 | 227 | 1580 - Pallet Of Boat Seats, Trailer Parts | 1.00 |
| 398 | 228 | 1581 - 6Hp Evinrude Outboard Motor Minn Kota 25 | 1.00 |
| 398 | 229 | 1582 - RC Cola & Cola Sign | 1.00 |
| 398 | 230 | 1583 - Large Texaco Double Sided Porcelain Sign | 1.00 |
| 398 | 231 | 1584 - Large Pure Double sided Porcelain Sign | 1.00 |
| 398 | 232 | 1585 - Wood Cabinet & 3 Signs | 1.00 |
| 398 | 233 | 1586 - Westinghouse Upright Freezer | 1.00 |
| 398 | 234 | 1587 - Tar Kettle, 2 Pallets Tar | 1.00 |
| 398 | 235 | 1588 - Barrell of Yard Tools | 1.00 |
| 398 | 236 | 1589 - Picnic Table, Coolers, Chairs & Misc | 1.00 |
| 398 | 237 | 1590 - Lot Hunting Stands, Feeder & Misc | 1.00 |
| 398 | 238 | 1591 - Assorted Rolls of Fence Wire & Staples | 1.00 |
| 398 | 239 | 1592 - Assorted Plastic Shutters | 1.00 |
| 398 | 240 | 1593 - Ryobi 10" Table Saw | 1.00 |
| 398 | 241 | 1594 - 2 Spreaders & Wheelbarrow | 1.00 |
| 398 | 242 | 1595 - Kerosene Shop Heater | 1.00 |
| 398 | 243 | 1596 - 3 Gas Hanging Heaters | 1.00 |
| 398 | 244 | 1597 - 10' Meat Cutting Band Saw | 1.00 |
| 398 | 245 | 1598 - Pallet of Assorted Rugs | 1.00 |
| 398 | 246 | 1599 - Barrel Of Electrical Conduit | 1.00 |
| 398 | 247 | 1600 - Reciever Hitch Cargo Carrier | 1.00 |
| 398 | 248 | 1601 - 3 Bikes, Bike Rack, Exercise Stand | 1.00 |
| 398 | 249 | 1602 - 2 Propane Cookers | 1.00 |
| 398 | 250 | 1603 - Farm Bell | 1.00 |
| 398 | 251 | 1604 - Tee Pee & Snow Sled | 1.00 |
| 398 | 252 | 1605 - Camo Duck Blind | 1.00 |
| 398 | 253 | 1606 - B&D 81/4 " Table saw | 1.00 |
| 398 | 254 | 1607 - Xtec Wood Burning Stove | 1.00 |
| 398 | 255 | 1608 - Altler Floor Lamp & Altler Chandelier | 1.00 |
| 398 | 256 | 1609 - 7HP Troy Bilt Horse Gasoline Roto Tiller | 1.00 |
| 398 | 257 | 1610 - 5 New Grow Pens & Misc Quail Supplies | 1.00 |
| 398 | 258 | 1611 - Wheelbarrow & 2 Tubs | 1.00 |
| 398 | 259 | 1612 - Wheelbarrow & Gas Cans | 1.00 |
| 398 | 260 | 1613 - 2 Receiver Direct TV Satellite System | 1.00 |
| 398 | 261 | 1614 - Metal Rolling Cage | 1.00 |
| 398 | 262 | 1615 - 5 Wood Box Cages | 1.00 |
| 398 | 263 | 1616 - 8 Plastic Cages | 1.00 |
| 398 | 264 | 1617 - Humidaire Model 300A Rotary Incubator | 1.00 |

**B1976**
**Walter Kelley**
**Walter Kelley Trustee**
**P O Box 70879**
**Albany, GA 31708**
**Phone:229-888-9128  Fax:229-888-0966**

| CO# | LOT # | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 398 | 265 | 1618 - Humidaire Model 300A hatcher Cabinet | 1.00 |
| 398 | 266 | 1619 - Single Quail Raising Cage | 1.00 |
| 398 | 267 | 1620 - Double Quail Raising Cage | 1.00 |
| 398 | 268 | 1621 - Double Quail Raising Cage | 1.00 |
| 398 | 269 | 1622 - Pallet Assorted Windows & Sink | 1.00 |
| 398 | 270 | 1623 - Pallet Shingles | 1.00 |
| 398 | 271 | 1624 - Drafting Table | 1.00 |
| 398 | 272 | 1625 - Large Wood Burning Stove | 1.00 |
| 398 | 273 | 1626 - Petersime 25D12 Brood Unit | 1.00 |
| 398 | 274 | 1627 - Wood Run Cage With Wood Bottom | 1.00 |
| 398 | 275 | 1628 - Wood Run Cage With Wood Bottom | 1.00 |
| 398 | 276 | 1629 - Wood Run Cage With Wood Bottom | 1.00 |
| 398 | 277 | 1630 - Wood Run Cage With Wood Bottom | 1.00 |
| 398 | 278 | 1631 - Wood Runn Cage With Wood Bottom | 1.00 |
| 398 | 279 | 1632 - Wood Run Cage With Wood Bottom | 1.00 |
| 398 | 280 | 1633 - Wood Run Cage With Wire Bottom | 1.00 |
| 398 | 281 | 1634 - Wood Run Cage With Wire Bottom | 1.00 |
| 398 | 282 | 1635 - Log Rack & PVC PIpe | 1.00 |
| 398 | 283 | 1636 - Winchester 1873 Rifle 38 Cal | 1.00 |
| 398 | 284 | 1637 - Connecticut Valley Arms Black Powder Rifle 50 Cal | 1.00 |
| 398 | 285 | 1638 - American Gun Co Victor Shotgun 12 Ga | 1.00 |
| 398 | 286 | 1639 - New England Firearms Partner SBI Shotgun 410 Ga | 1.00 |
| 398 | 287 | 1640 - Mossberg 173 Bolt Action Shotgun 410 Ga | 1.00 |
| 398 | 288 | 1641 - Rissian Mauser 1325 Rifle | 1.00 |
| 398 | 289 | 1642 - New England Arms Partner SBI Shotgun 20 Ga | 1.00 |
| 398 | 290 | 1643 - Steven Shotgun Engraved Nitro Special 12 Ga | 1.00 |
| 398 | 291 | 1644 - 20' 1320 Frontier Hydraulic offset Harrow | 1.00 |
| 398 | 292 | 1645 - 28' Athens Folding Harrow | 1.00 |

292.00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| IVEY MANAGEMENT CORPORATION | : | NO. 11-50274 JPS |
| | : | |
| Debtor(s) | : | CHAPTER 7 Proceeding |

___

**CERTIFICATE OF SERVICE**
___

I hereby certify that I have furnished a true copy of the **TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER ENCUMBERANCES** *and* **NOTICE** of the same to those listed below by either court's electronic mail system, regular electronic mail or by depositing the same in the United States Mail, in a properly addressed envelope with sufficient postage thereto affixed to insure delivery, this 31st day of January, 2014.

IVEY MANAGEMENT CORPORATION
PO BOX 111
The Rock, GA 30285

Boyer, Wesley J.
355 COTTON AVENUE
Macon, GA 31201
ATTORNEY FOR DEBTOR(S)
wjboyer_2000@yahoo.com

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

THOSE LISTED ON EXHIBIT 'B'
(Notice only)


/s/ David S. Ballard
DAVID S. BALLARD
Attorney for the Chapter 7 Trustee
Georgia Bar No. 635107

```
Label Matrix for local noticing              Clifton, Lipford Hardison & Parker, LLC      Deere & Company
113G-5                                       1020 Riverside Drive                          c/o Thompson, O'Brien, Kemp, & Nasu
Case 11-50274                                Macon, GA 31201-1914                          40 Technology Parkway South, #300
Middle District of Georgia                                                                 Norcross, GA 30092-2924
Macon
Fri Jan 31 11:17:38 EST 2014

Fletcher and Company                         George H. Ivey, Jr., as Trustee of the Julia  Ivey Management Corporation
122 W, Solomon Street                        c/o John K. Rezac                             PO Box 111
Griffin, GA 30223-3045                       Taylor English Duma                           The Rock, GA 30285-0111
                                             Suite 400
                                             1600 Parkwood Cir.
                                             Atlanta, GA 30339-2119

Katz, Flatau & Boyer, L.L.P.                 Sell & Melton, LLP                            T. Lynn Davis Realty & Auction Co. Inc.
355 Cotton Avenue                            PO Box 229                                    4459 Broadway
Macon, GA 31201-2636                         Macon, GA 31202-0229                          Macon, GA 31206-2099


U.S. Trustee - MAC                           United Bank                                   5
440 Martin Luther King Jr. Boulevard                                                       433 Cherry Street
Suite 302                                                                                  P.O. Box 1957
Macon, GA 31201-7987                                                                       Macon, GA 31202-1957


AgSouth Farm Credit ACA (Buckeye)            AgSouth Farm Credit ACA (McKinley)            AgSouth Farm Credit, ACA
PO Box 1238                                  PO Box 1238                                   PO Box 160
Thomaston, GA 30286-0017                     Thomaston, GA 30286-0017                      Statesboro, GA 30459-0160


American Express                             American Express Bank, FSB                    Ascension Insurance, Inc.
PO Box 650448                                c o Becket and Lee LLP                        5825 Medlock Bridge Parkway
Dallas, TX 75265-0448                        POB 3001                                      Suite 200
                                             Malvern, PA 19355-0701                        Johns Creek, GA 30022-7548


BB&T Insurance                               Bank of America                               (c)DUGGAN & MASSEY, PC
201 Second Street                            PO Box 15710                                  3575 PIEDMONT RD NE BLDG 15-200
Macon, GA 31201-2772                         Wilmington, DE 19886-5710                     ATLANTA GA 30305-1625


FIA Card Services, NA as successor in intere FPC Financial, f.s.b.                         Farm Plan/Deere Credit
Bank of America NA and MBNA America Bank     6400 NW 86th Street                           5402 Excelsior Drive
1000 Samoset Drive                           Johnston, Iowa 50131-2945                     PO Box 5328
DE5-023-03-03                                                                              Madison, WI 53705-0328
Newark, DE 19713-6000


Farm Plan/Deere Credit                       George H. Ivey Jr. as Trustee for Julia McCa  George H. Ivey, Jr., as Trustee of the Julia
8402 Excelsior Drive                         14505 Batesville Road                         c/o John K Rezac
PO Box 5328                                  Alpharetta, GA 30004-3006                     Taylor English Duma
Madison, WI 53705-0328                                                                     1600 Parkwood Cir., Suite 400
                                                                                           Atlanta, GA 30339-2119


George H. Ivey, Jr., as Trustee of the Julia (p)GEORGIA DEPARTMENT OF REVENUE              Internal Revenue Service
c/o Rich Kaye, Esq.                          COMPLIANCE DIVISION                           401 W. Peachtree Street, N.W.
TAYLOR ENGLISH DUMA, LLP                     ARCS BANKRUPTCY                               Stop 334-D
1600 Parkwood Circle, Suite 400              1800 CENTURY BLVD NE SUITE 9100               Atlanta, GA 30365
Atlanta, Georgia 30339-2119                  ATLANTA GA 30345-3202
```

Julia M. Ivey Trust V-B  
14505 Batesville Road  
Alpharetta, GA 30004-3006  

Office of United States Trustee  
c/o Amber L. Bagley  
440 Martin Luther King Jr. Blvd.  
Suite 302  
Macon, GA 31201-7987  

Stephen C. Greenberg, Esq.  
Taylor English Duma LLP  
1600 Parkwood Circle, Suite 400  
Atlanta, Georgia 30339-2119  

U.S. Trustee  
c/o Elizabeth A. Hardy  
440 Martin Luther King, Jr., Blvd.  
Ste 302  
Macon, GA 31201-7987  

U.S. Trustee  
c/o Elizabeth Hardy  
440 Martin Luther King Jr., Blvd.  
Ste 302  
Macon GA 31201-7987  

United Bank  
235 Griffin Street  
Zebulon, GA 30295-6683  

United Bank  
c/o Emmett L. Goodman, Jr.  
544 Mulberry St., Ste 800  
Macon, GA 31201-8261  

Upson County Tax Commissioner  
PO Box 409  
Thomaston, GA 30286-0006  

Upson County Tax Commissioner, J. Berry Cook  
P. O. Box 409  
Thomaston, GA 30286-0006  

David B. Dunaway  
212 West Main Street  
PO Drawer 471  
Thomaston, GA 30286-0006  

Joel R. Vinson  
c/o Sell & Melton  
PO Box 229  
Macon, GA 31202-0229  

Walter W. Kelley - Ch 7  
Chapter 7 Trustee  
P.O. Box 70879  
Albany, GA 31708-0879  

Wesley J. Boyer  
Katz, Flatau, Popson & Boyer, L.L.P.  
355 Cotton Avenue  
Macon, GA 31201-2636  


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified  
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue  
Bankruptcy Section  
1800 Century Blvd. NE Suite 17200  
Atlanta, GA 30345  

(d)Georgia Department of Revenue  
PO Box 161108  
Atlanta, GA 30321  


Addresses marked (c) above for the following entity/entities were corrected  
as required by the USPS Locatable Address Conversion System (LACS).

Duggan & Massey, PC  
Fifteen Piedmont Center  
Suite 200  
Atlanta, GA 30305  


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Deere & Company                      (u)Gregg Ivey                        (u)Paulette Ivey
c/o Thompson, O'Brien, Kemp, & Nasu
40 Technology Parkway South, #300
Norcross, GA 30092-2924


(d)Wesley J. Boyer                      End of Label Matrix
Katz, Flatau, Popson and Boyer, LLP     Mailable recipients    42
355 Cotton Avenue                       Bypassed recipients     4
Macon, GA 31201-2636                    Total                  46
```