IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| IVEY MANAGEMENT CORPORATION | : | NO. 11-50274 JPS |
| | : | |
| | : | |
| Debtor(s). | : | Chapter 7 Proceeding |

## WITHDRAWAL OF TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER ENCUMBRANCES

COMES NOW the Chapter 7 Trustee, WALTER W. KELLEY, and withdraws his Motion to Sell Property Free and Clear of Liens and Other Encumbrances, Docket #209 submitted January 31, 2014.

This, the 31st day of January, 2014.

/s/ Walter W. Kelley
**WALTER W. KELLEY, TRUSTEE**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

### CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Withdrawal of Motion to Sell Property Free and Clear of Liens and Other Encumbrances. Those not served by electronic means by the court's electronic filing system have been served by First Class U. S. Mail or by e-mail at address indicated, this, the 31st day of January, 2014.

IVEY MANAGEMENT CORPORATION
PO BOX 111
THE ROCK, GA 30285

BOYER, WESLEY J.
355 COTTON AVENUE
MACON, GA 31201

ELIZABETH A. HARDY
U. S. TRUSTEE'S OFFICE
ustp.region21.mc.ecf@usdoj.gov

/s/ Walter W. Kelley
WALTER W. KELLEY