**SO ORDERED.**

**SIGNED this 23 day of April, 2014.**



*James P. Smith*

**James P. Smith**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | |
| | : | BANKRUPTCY CASE |
| **IVEY MANAGEMENT CORPORATION** | : | |
| | : | NO. 11-50274 |
| | : | |
| **Debtor(s)** | : | CHAPTER 7 |

**CONSENT ORDER AUTHORIZING TRUSTEE TO SELL CERTAIN CHATTEL FREE AND CLEAR OF LIENS AND OTHER ENCUMBRANCES**

Chapter 7 Trustee Walter W. Kelley filed motions in the Chapter 7 cases of Ivey Management Corporation (No. 11-50274 JPS), Leslie Gregg Ivey (No. 11-53075 JPS), and Paulette Ivey (No. 11-53036 JPS) to sell a large amount of personal property free and clear of liens and other encumbrances. Because the Trustee could not determine which personal property belonged to which bankruptcy estate, he proposed selling all the property in one sale and splitting the sale proceeds evenly between the three estates.

Debtors Leslie Gregg Ivey and Paulette Ivey, as well as various members of the Ivey family, objected to the Trustee's motions. The objecting parties contend, *inter alia*, that a large

portion of the personal property referenced in the Trustee's motion does not belong to the above-listed bankruptcy estates.

As a temporary resolution to this dispute, the Trustee and the objecting parties have agreed that the Trustee may sell all the uncontested items listed on attached Exhibit A. At a later date, the Trustee may file a supplemental motion to sell the remaining property referenced in his original motion if he can establish that it belongs to the bankruptcy estate under Section 541 of the U.S. Bankruptcy Code.

The Court finds this agreement to be acceptable. Therefore, it is hereby

**ORDERED** that the Trustee is authorized to sell all the undisputed items listed on attached Exhibit A. The Trustee may sell all the items free and clear of liens with any valid liens attaching to the sale proceeds. Each bankruptcy estate listed above shall be entitled to one-third of the net sale proceeds. It is further

**ORDERED** that T. Lynn Davis Realty & Auction Co, Inc. may be compensated and reimbursed directly from the sale proceeds in a manner consistent with prior Court orders approving its employment.

**END OF DOCUMENT**

**Order prepared and consented to by:**

/s/ David S. Ballard

David S. Ballard
Attorney for Chapter 7 Trustee
Georgia Bar No. 635107
Kelley, Lovett & Blakey, P.C.
P.O. Box 70879
Albany, Georgia 31708
Tel: 229-888-9128
dballard@kelleylovett.com

*Signatures continued on next page*

**Also consented to by:**

/s/ Don E. Snow
Attorney for Debtors Gregg & Paulette Ivey and Objecting Parties
Georgia Bar No. 666050
P.O. Box 12
Thomaston, Georgia 30286
Tel: 706-647-1722
donsnow30286@yahoo.com


/s/ Wesley J. Boyer (signed by David S. Ballard with express permission)
Wesley J. Boyer
Attorney for Ivey Management Corporation
Georgia Bar No. 073126
355 Cotton Avenue
Macon, Georgia 31201
Tel: (478) 742-6481
Wjboyer2000@yahoo.com

List of Items Uncontested Items  Ivey Case

| | Lot # | Item Description |
|---|---|---|
| 1376 | 23 | Black Net, 2 Cast Nets |
| 1377 | 24 | Deer Hangers & Scale |
| 1378 | 25 | Aereator & Spotlight |
| 1393 | 40 | 2 Tool Boxes, Tools & Makita Drill |
| 1394 | 41 | Ridgid Cordless Saw & Bag |
| 1395 | 42 | 2 Ryobi Cordless Drills, 2 New Batteries |
| 1396 | 43 | Echo Weed Eater, 3 Hedge Trimmers |
| 1397 | 44 | 13 Hp Water Cannon Pressure Washer, Muffler Broken off |
| 1398 | 45 | 2 Shop Vac & Dirt Devil Vac |
| 1399 | 46 | Karcher Pressure Washer |
| 1400 | 47 | 9 Water Hoses & Caddy |
| 1401 | 48 | 2 Hand Held Blowers & Back Pack Blower |
| 1402 | 49 | Coleman 3000 Watt Gas Generator |
| 1403 | 50 | 7 Boxes Assorted Electrical Supplies |
| 1404 | 51 | Lot of Plumbing Supplies |
| 1405 | 52 | 4 Boxes of Caulking |
| 1406 | 53 | 5 Boxes of Assorted Light Bulbs |
| 1407 | 54 | Bolens 31 CC Mini Roto Tiller |
| 1408 | 55 | Roller Stands, Levelers, Carpenter Tools |
| 1409 | 56 | Concrete Float & Tools |
| 1410 | 57 | Propane Cooking Pot |
| 1411 | 58 | Propane Cooking Pot |
| 1412 | 59 | Propane Cooking Pot |
| 1413 | 60 | New Bag Classic Turkey Frying Outfit |
| XXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | |
| 1415 | 62 | 8 Hand Sprayers |
| 1416 | 63 | 5 Hp 30 Gallon Craftsman Air Compressor |
| 1417 | 64 | Craftsman Sand Blaster |
| 1418 | 65 | Dewalt Recip Saw & Dewalt Planner |
| 1419 | 66 | Bosch & Ryobi Jig Saw |
| 1420 | 67 | 2 Drills, Circular Saw, Sander, Stud Gun |
| 1421 | 68 | 3 Boxes Assorted Hand Tools |
| 1422 | 69 | 2 Small Air Compressors & Air Hose |
| 1423 | 70 | Sithi 029 Super Chain Saw 311Y |
| 1425 | 72 | Stihi Gasoline Pole Saw |
| 1426 | 73 | Schumacher & Solor Battery Chargers |
| 1427 | 74 | Pallets Misc Parts |
| 1428 | 75 | New Coulter Wheels |
| 1429 | 76 | Assortment of John Deere Filters |
| 1430 | 77 | Bags of Assorted Grass Seed |
| 1431 | 78 | Pallet of Assorted Chemicals |
| 1432 | 79 | Signode Banding & Clamps |
| 1433 | 80 | Assortment of New & Used John Deere Parts |
| 1434 | 81 | Hand Pump & Hoses, 2 Rolls Twine |
| 1435 | 82 | Screen Wire, Fogger, 3 Baskets, 1 Gal Jugs, Mail Box |
| 1436 | 83 | Lot of Assorted Hunting Supplies |
| 1437 | 84 | Pallet of Assorted Bolts & Nails |
| 1438 | 85 | Pallet of Assorted Nails & Screws |
| 1439 | 86 | Pallet of Assorted Electrical Wire |
| 1440 | 87 | Assorted Irrigation Pipe Fittings |
| 1441 | 88 | 2 Irrigation Feed Horses |

| | | |
|---|---|---|
| 1442 | 89 | Box of Pipe O Rings |
| 1443 | 90 | Earthway Push Planter, 2 Push Spreaders |
| 1444 | 91 | Pallet of Assorted Paint, Rollers & Misc |
| 1445 | 92 | Barrel of Assorted Chemicals |
| 1446 | 93 | Barrel of Yard Tools |
| 1447 | 94 | Barrel of Yard Tools |
| 1449 | 96 | 2 Airless Paint Sprayers |
| 1450 | 97 | 2 Pairs of Hand Trucks |
| 1451 | 98 | 4 Wheeler 12 Volt Sprayer |
| 1452 | 99 | 2 Propane Heaters With Tanks |
| 1453 | 100 | 2 Propane Tanks |
| 1454 | 101 | 4 Manual Pole Saws |
| 1455 | 102 | Large Wood Table |
| 1456 | 103 | Lot of Assorted Tarps |
| 1457 | 104 | 3 Box Fans & Heater |
| 1458 | 105 | Freon Leak Detector |
| 1459 | 106 | Front Mounted John Deere Spray Boom |
| 1460 | 107 | Pallet of Assorted Implement Parts |
| 1461 | 108 | 8 Trash Cans |
| 1462 | 109 | Hitch Carrier, Side Step Bars, Hitch Seat Mount |
| 1463 | 110 | Lot of Water Hoses |
| 1464 | 111 | Fiberglass Bed Cover for Pickup |
| 1465 | 112 | 2 Axle Irrigation Pipe Trailer |
| 1466 | 113 | 44 Pieces, 30' Twist Loc Irrigation Pipe |
| 1467 | 114 | Bri Mar 12' 2 Axle Dump Trailer |
| 1468 | 115 | A2400 At Amadas Reel Rain Traveler With Gun |
| 1469 | 116 | 9000 Rainbow Pumping Unit, J D Diesel |
| 1470 | 117 | 1700 John Deere 6 Row Vac Planter |
| 1471 | 118 | Red Ball Spray Unit |
| 1472 | 119 | 8 Row KMC Rip & Till S/N 62566 |
| 1473 | 120 | 2620 Bush Hog 20' Bat Wing Mower S/N 1201492 |
| 1474 | 121 | 5 Bottom John Deere Plow |
| 1475 | 122 | John Deere Sickle Mower |
| 1476 | 123 | 2 Roll Hay Spear |
| 1477 | 124 | New Idea Corn Snapper |
| 1478 | 125 | 500 Gal Fuel Tank With 12 Volt Pump |
| 1479 | 126 | 2 Axle 16' Hooper Trailer |
| 1481 | 128 | Mitty 3 Pt Hitch Dump |
| 1482 | 129 | 1978 Strick Storage Trailer S/N 8575 |
| 1483 | 130 | Gun Rack, Wood Trunk |
| 1484 | 131 | 2 Lead & Glass Windows |
| ~~XXXX~~ | ~~XXX~~ | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ |
| 1566 | 213 | Pallet of Paint & Chemicals |
| 1587 | 234 | Tar Kettle, 2 Pallets Tar |
| 1588 | 235 | Barrel Of Yard Tools |
| 1589 | 236 | Picnic Table, Coolers, Chairs & Misc |
| 1590 | 237 | Lot of Hunting Stands, Feeder & Misc |
| 1591 | 238 | Assorted Rolls of Fence Wire & Staples |
| 1592 | 239 | Assorted Plastic Shutters |
| 1593 | 240 | Ryobi 10" Table Saw |
| 1594 | 241 | 2 Spreaders & Wheelbarrows |
| 1595 | 242 | Kerosene Shop Heater |
| 1596 | 243 | 3 Gas Hanging Heaters |

| | | |
|---|---|---|
| 1597 | 244 | 10' Meating Cutting Band Saw |
| ~~1598~~ | ~~245~~ | ~~Pallet of Assorted Rugs~~ |
| 1599 | 246 | Barrel of Electrical Conduit |
| 1600 | 247 | Receiver Hitch Cargo Carrier |
| 1611 | 258 | Wheelbarrow & 2 Tubs |
| 1612 | 259 | Wheelbarrow & Gas Cans |
| 1613 | 260 | 2 Receiver Direct TV Satellite System |
| 1622 | 269 | Pallet Assorted Windows & Sink |
| 1623 | 270 | Pallet Shingles |
| 1624 | 271 | Drafting Tables   (SAVE ONE) |
| 1638 | 285 | American Gun Co Victor Shotgun 12 Ga |
| 1640 | 287 | Mossberg 173 Bolt Action Shotgun 410 Ga |
| 1641 | 288 | Russian Mauser 1325 Rifle |
| 1642 | 289 | New Rngland Arms Partner SBI Shotgun 410 Ga |
| 1643 | 290 | Steven Shotgun Engraved Nitro Special 12 Ga |
| 1644 | 291 | 20' 1320 Frontier Hydraulic Offset Harrow |
| 1645 | 292 | 28' Athens Folding Harrow |