**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-50274-JPS |
| | § | |
| IVEY MANAGEMENT | § | |
| CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Walter W. Kelley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)         All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,420,010.77 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $72,236.76 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $517,427.66 | | |

3)       Total gross receipts of $857,426.65  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $267,762.23 (see **Exhibit 2),** yielded net receipts of $589,664.42 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $738,284.17 | $81,569.41 | $7,842.80 | $7,842.80 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $516,402.66 | $516,402.66 | $517,102.66 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $325.00 | $325.00 | $325.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,852.57 | $23,688.57 | $6,046.14 | $6,046.14 |
| General Unsecured Claims (from **Exhibit 7**) | $62,726.73 | $57,195.92 | $57,195.92 | $58,347.82 |
| **Total Disbursements** | $807,863.47 | $679,181.56 | $587,812.52 | $589,664.42 |

4). This case was originally filed under chapter 11 on 01/31/2011. The case was converted to one under Chapter 7 on 09/27/2011. The case was pending for 79 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/08/2018</u>     By:  <u>/s/ Walter W. Kelley</u>
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**<br>**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Ware/Capel/Dale tract (961 acres)  1/3 interest.(.167% ownership) | 1110-000 | $755,820.66 |
| Victor dump wagon | 1129-000 | $9,000.00 |
| 1 1999 Catepillar 45 KW standby generator that r | 1229-000 | $8,000.00 |
| Interest Earned | 1270-000 | $0.41 |
| miscellaneous tools | 1280-002 | $33,464.38 |
| Tax adjustments from real estate transactions | 1290-000 | $1,141.20 |
| McKinley tract (305 acres)  (100% ownership) | 1290-002 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$857,426.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Walter W. Kelley, Trustee for Paulette H. Ivey | Surplus Funds | 8200-002 | $265,322.08 |
| Walter W. Kelley, Trustee for Leslie Gregg Ivey | Funds to Third Parties | 8500-002 | $2,440.15 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$267,762.23** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | George H. Ivey, Jr. as Trustee for Julia McCarty Ivey Trust - Item V-B | 4110-000 | $580,000.00 | $0.00 | $0.00 | $0.00 |
| 3 | George H. Ivey, Jr. as Trustee for Julia McCarty Ivey Trust - Item V-B | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Deere & Company | 4210-000 | $14,107.64 | $14,506.45 | $0.00 | $0.00 |
| 7 | FPC Financial, F.S.B. | 4210-000 | $0.00 | $5,968.02 | $0.00 | $0.00 |
| 8 | AgSouth Farm | 4110-000 | $61,834.53 | $53,252.14 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Credit, ACA | | | | | |
| 12 | United Bank | 4210-000 | $55,000.00 | $0.00 | $0.00 | $0.00 |
| 13 | George H. Ivey Jr. as Trustee for Julia McCarty Ivey Trust - Item V-B | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | George H. Ivey Jr. as Trustee for Julia McCarty Ivey Trust - Item V-B | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AgSouth Farm Credit ACA (McKinley) | 4110-000 | $27,342.00 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 4700-000 | $0.00 | $7,842.80 | $7,842.80 | $7,842.80 |
| **TOTAL SECURED CLAIMS** | | | $738,284.17 | $81,569.41 | $7,842.80 | $7,842.80 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. Coleman Tidwell, Trustee | 2100-000 | NA | $32,733.22 | $32,733.22 | $32,733.22 |
| Walter W. Kelley, Trustee | 2200-000 | NA | $139.76 | $139.76 | $139.76 |
| International Sureties LTD . | 2300-000 | NA | $442.58 | $442.58 | $442.58 |
| International Sureties, LTD | 2300-000 | NA | $52.80 | $52.80 | $52.80 |
| KELLEY LOVETT & BLAKEY P.C. | 2300-000 | NA | $61.76 | $61.76 | $61.76 |
| Document Prep Fee | 2500-000 | NA | $350.00 | $350.00 | $1,050.00 |
| Associated Bank | 2600-000 | NA | $1,160.39 | $1,160.39 | $1,160.39 |
| Bank of America | 2600-000 | NA | $57.37 | $57.37 | $57.37 |
| Bank of Texas | 2600-000 | NA | $17,853.51 | $17,853.51 | $17,853.51 |
| Rabobank, N.A. | 2600-000 | NA | $830.81 | $830.81 | $830.81 |
| UNITED STATES BANKRUPTCY COURT . | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Georgia Department of Revenue | 2820-000 | NA | $150.00 | $150.00 | $150.00 |
| post petition taxes (1/31/11 - 2015) | 2820-000 | NA | $20,069.79 | $20,069.79 | $20,069.79 |
| Fellowship Christian School, Inc. | 2990-000 | NA | $211,607.90 | $211,607.90 | $211,607.90 |
| KELLEY LOVETT & | 3110-000 | NA | $78,658.00 | $78,658.00 | $78,658.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BLAKEY P.C., Attorney for Trustee | | | | | |
| KELLEY LOVETT & BLAKEY P.C., Attorney for Trustee | 3120-000 | NA | $2,714.37 | $2,714.37 | $2,714.37 |
| Ed S. Sell, III, Attorney for Trustee | 3210-000 | NA | $37,960.00 | $37,960.00 | $37,960.00 |
| Ed S. Sell, III, Attorney for Trustee | 3220-000 | NA | $880.30 | $880.30 | $880.30 |
| CHRIS EDWARDS, Accountant for Trustee | 3410-000 | NA | $11,994.00 | $11,994.00 | $11,994.00 |
| Clifton, Lipford, Hardison & Parker, LLC, Accountant for Trustee | 3410-000 | NA | $2,819.00 | $2,819.00 | $2,819.00 |
| Georgia Land Company, Realtor fees, Realtor for Trustee | 3510-000 | NA | $3,286.05 | $3,286.05 | $3,286.05 |
| Rowell Auctions, Inc., Auctioneer for Trustee | 3610-000 | NA | $65,424.92 | $65,424.92 | $65,424.92 |
| T. Lynn Davis, Auctioneer for Trustee | 3610-000 | NA | $9,726.22 | $9,726.22 | $9,726.22 |
| Rowell Auctions, Inc., Auctioneer for Trustee | 3620-000 | NA | $17,079.91 | $17,079.91 | $17,079.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $516,402.66 | $516,402.66 | $517,102.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of United States Trustee, Other Prior Chapter Administrative | 6990-000 | NA | $325.00 | $325.00 | $325.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $325.00 | $325.00 | $325.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Upson County Tax Commissioners Office, J. Berry Cook | 5800-000 | $325.60 | $17,642.43 | $0.00 | $0.00 |
| 10P | Internal Revenue | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Service | | | | | |
| 16P | Georgia Department of Revenue | 5800-000 | $297.50 | $2,625.51 | $2,625.51 | $2,625.51 |
| 17P | Georgia Department of Revenue | 5800-000 | $0.00 | $2,420.63 | $2,420.63 | $2,420.63 |
| | Upson County Tax Commissioner | 5800-000 | $819.47 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $474.75 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $449.83 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $437.46 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $1,872.25 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $2,006.09 | $0.00 | $0.00 | $0.00 |
| | Upson County Tax Commissioner | 5800-000 | $169.62 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,852.57 | $23,688.57 | $6,046.14 | $6,046.14 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Duggan & Massey, PC | 7100-000 | $22,915.00 | $22,915.00 | $22,915.00 | $22,915.00 |
| 4 | FIA Card Services, NA as successor in interest to Bank of America NA and MBNA America Bank | 7100-000 | $28,680.26 | $29,131.91 | $29,131.91 | $29,131.91 |
| 9 | Ascension Insurance, Inc. | 7100-000 | $2,304.00 | $1,462.00 | $1,462.00 | $1,462.00 |
| 11 | American Express Bank, FSB | 7100-000 | $2,373.67 | $2,585.93 | $2,585.93 | $2,585.93 |
| 16U | Georgia Department of Revenue | 7300-000 | $0.00 | $696.30 | $696.30 | $696.30 |
| 17U | Georgia | 7300-000 | $0.00 | $404.78 | $404.78 | $404.78 |

| | | | | | |
|---|---|---|---|---|---|
| Department of Revenue | | | | | |
| American Express Bank, FSB | 7990-000 | $0.00 | $0.00 | $0.00 | $47.10 |
| Ascension Insurance, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $26.63 |
| Duggan & Massey, PC | 7990-000 | $0.00 | $0.00 | $0.00 | $417.38 |
| FIA Card Services, NA as successor in interest to Bank of America NA and MBNA America Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $530.62 |
| Georgia Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $47.82 |
| Georgia Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $12.68 |
| Georgia Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $44.09 |
| Georgia Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $7.37 |
| Internal Revenue Service | 7990-000 | $0.00 | $0.00 | $0.00 | $18.21 |
| BB&T Insurance | 7100-000 | $560.00 | $0.00 | $0.00 | $0.00 |
| Farm Plan / Deere Credit | 7100-000 | $5,893.80 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $62,726.73 | $57,195.92 | $57,195.92 | $58,347.82 |

| Case No.: | 11-50274-JPS | | Trustee Name: | Walter W. Kelley |
| Case Name: | IVEY MANAGEMENT CORPORATION | | Date Filed (f) or Converted (c): | 09/27/2011 (c) |
| For the Period Ending: | 5/8/2018 | | §341(a) Meeting Date: | 11/02/2011 |
| | | | Claims Bar Date: | 04/08/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Buckeye timber tract (177 acres)  (.765167% ownership) | $270,800.00 | $0.00 | OA | $0.00 | FA |
| 2 | Green River tract (111 acres)  (.765167% ownership) | $170,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | farm houses/barn/lakes (110 acres)  (100% ownership) | $330,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | McKinley tract (305 acres)  (100% ownership) | $610,000.00 | $0.00 | | $50,000.00 | FA |
| 5 | Ware/Capel/Dale tract (961 acres)  1/3 interest. (.167% ownership) | $240,000.00 | $0.00 | | $755,820.66 | FA |
| 6 | United Bank | $8,213.77 | $0.00 | | $0.00 | FA |
| 7 | claim for contribution due from George H. Ivey, | $112,000.00 | $0.00 | | $0.00 | FA |
| 8 | possible claim versus Julia Ivey Trust | Unknown | $0.00 | | $0.00 | FA |
| 9 | ATV 4-wheeler | $2,000.00 | $1,000.00 | | $0.00 | FA |
| 10 | storage trailer | $1,000.00 | $500.00 | | $0.00 | FA |
| 11 | office equipment | $1,000.00 | $500.00 | | $0.00 | FA |
| 12 | 5525 JD tractor | $20,000.00 | $0.00 | | $0.00 | FA |
| 13 | 7520 JD tractor | $55,000.00 | $0.00 | | $0.00 | FA |
| 14 | Victor dump wagon | $8,000.00 | $2,000.00 | | $9,000.00 | FA |
| 15 | miscellaneous tools | $1,000.00 | $100.00 | | $33,464.38 | FA |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 1 1999 Catepillar 45 KW standby generator that **(u)** r | $0.00 | $8,000.00 | | $8,000.00 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Transfer to Rock Ranch **(u)** | $450,000.00 | $450,000.00 | | $0.00 | FA |
| 20 | Tax adjustments from real estate transactions **(u)** | $0.00 | $1,141.20 | | $1,141.20 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | | $0.41 | FA |

**TOTALS (Excluding unknown value)**                                                                                                           **Gross Value of Remaining Assets**

$2,279,013.77        $463,241.20              $857,426.65        $0.00

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 11-50274-JPS | | | **Trustee Name:** | Walter W. Kelley |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | | | **Date Filed (f) or Converted (c):** | 09/27/2011 (c) |
| **For the Period Ending:** | 5/8/2018 | | | **§341(a) Meeting Date:** | 11/02/2011 |
| | | | | **Claims Bar Date:** | 04/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/14/2018 | Check written into Court today to provide -0- balance. |
| | After clearance, TDR will be filed. |
| 01/31/2018 | Checks written 1/31/2018. Await -0- report for TDR. |
| 12/11/2017 | TFR signed 12/11/2017 |
| 07/13/2017 | Prepare App to pay GDR $150.00; then file tax return and TFR. |
| 05/05/2017 | Pick up all ivey files from Chris Edwards after 5/31/17. |
| 03/31/2017 | Trustee's CPA, Chris Edwards, is working on the final estate tax return.  This case is ready to close after the return is filed. Return is expected by May 15, 2017. |
| 06/09/2016 | Request Tax return. |
| 03/09/2016 | Pepare Sell & Melton fee apps. |
| 01/08/2016 | Determine basis. |
| 11/24/2015 | TDL to itemize disbursement to co-owner(s). |
| 11/24/2015 | Ed Sell: tell him to file his own fee applications. |
| 11/24/2015 | Revise Application to Ben McElreath for Compensation. |
| 09/29/2015 | close and file report of sale |
| 08/06/2015 | Sale of r/e to be concluded in 2015. |
| 02/10/2015 | Prepare 8 objections to claims. |
| | Review IRS poc after we determine if return for 2010 filed. |
| | Review Upson Tax commissioner claim after sale of r/e. |
| 01/23/2015 | Weapons: Identify inventory, photograph, file motion to sell?? |
| 11/24/2014 | Check Claims |
| 10/21/2014 | Sell 925 acres in which I have 1/3 interest |
| 10/21/2014 | Discovery underway |
| 10/21/2014 | Prepare Jim Davis Appl for compensation |
| 09/16/2014 | Write checks to Paulette Ivey and Greg Ivey from Management case to split by 1/3 |
| | 3/31/2014 (DB)--  Agreement reached with Debtor's attorney to sell large amount of personal property stored at Jim Davis's shop in Macon, GA.  Other items will be sold if estate's ownership can be established. |

Also investigating possible fraudulent transfers to the Rock Ranch and undisclosed assets.  And attempting sale Debtor's interest in approximately 928 acres of land in Upson County, GA.

| **Case No.:** | 11-50274-JPS | **Trustee Name:** | Walter W. Kelley |
|---|---|---|---|
| **Case Name:** | IVEY MANAGEMENT CORPORATION | **Date Filed (f) or Converted (c):** | 09/27/2011 (c) |
| **For the Period Ending:** | 5/8/2018 | **§341(a) Meeting Date:** | 11/02/2011 |
| | | **Claims Bar Date:** | 04/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    04/30/2012      **Current Projected Date Of Final Report (TFR):**    10/01/2017

/s/ WALTER W. KELLEY

WALTER W. KELLEY

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 11-50274-JPS |
| **Case Name:** | IVEY MANAGEMENT CORPORATION |
| **Primary Taxpayer ID #:** | **-***2802 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/31/2011 |
| **For Period Ending:** | 5/8/2018 |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0252 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $156,165.54 | | $156,165.54 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.80 | $156,051.74 |
| 09/16/2014 | 5001 | Walter W. Kelley, Chapter 7 Trustee for Paulette Ivey, Case #11-53036 | 1/3 of proceeds from sale of multiple assets | 1280-002 | ($30,422.17) | | $125,629.57 |
| 09/16/2014 | 5002 | Walter W. Kelley, Chapter 7 Trustee for Leslie Gregg Ivey, Case No. 11-53075 | 1/3 of proceeds from sale of Assets | 1280-002 | ($30,422.16) | | $95,207.41 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $199.35 | $95,008.06 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $153.31 | $94,854.75 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $148.12 | $94,706.63 |
| 12/22/2014 | 5003 | T. Lynn Davis | Auctioneer fees per order of 12/16/14 #255 | 3610-000 | | $6,684.00 | $88,022.63 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $151.78 | $87,870.85 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $141.79 | $87,729.06 |
| 02/18/2015 | 5004 | KELLEY LOVETT & BLAKEY P.C. | Bond Payment | 2300-000 | | $61.76 | $87,667.30 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.83 | $87,539.47 |
| 02/27/2015 | 5005 | KELLEY LOVETT & BLAKEY P.C. | Attorney for Trustee fees/expenses per order of 2/26/15 #261 | * | | $35,379.98 | $52,159.49 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C.          $(33,515.25) | 3110-000 | | | $52,159.49 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C.          $(1,864.73) | 3120-000 | | | $52,159.49 |
| 03/04/2015 | 5006 | CHRIS EDWARDS | Accountant for Trustee per Order of 5/2/15 (#271) | 3410-000 | | $4,751.00 | $47,408.49 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $80.81 | $47,327.68 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $73.90 | $47,253.78 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.25 | $47,177.53 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $73.67 | $47,103.86 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.01 | $47,027.85 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.88 | $46,951.97 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $73.32 | $46,878.65 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.64 | $46,803.01 |

| | | | **SUBTOTALS** | | $95,321.21 | $48,518.20 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-50274-JPS |
| **Case Name:** | IVEY MANAGEMENT CORPORATION |
| **Primary Taxpayer ID #:** | **-***2802 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/31/2011 |
| **For Period Ending:** | 5/8/2018 |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0252 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/11/2015 | | Martin Snow LLP | Sale of Real Estate per order of 8/5/15 (#296) | * | $381,712.00 | | $428,515.01 |
| | {5} | | Gross sale of property | $443,699.69 | 1110-000 | | $428,515.01 |
| | | | Post Petition taxes (2012 - 2015) | $(15,184.85) | 2820-000 | | $428,515.01 |
| | | | Document Prep Fee | $(350.00) | 2500-000 | | $428,515.01 |
| | | | Pre-petition taxes  1/1/11 - 1/30/11 | $(7,021.43) | 4700-000 | | $428,515.01 |
| | {20} | | Adjustment of prorated taxes for 2015 | $904.93 | 1290-000 | | $428,515.01 |
| | | | Rowell Auctions, Inc. | $(40,336.34) | 3610-000 | | $428,515.01 |
| 11/11/2015 | | Martin Snow LLP | Sale of Real Estate per order of 8/5/15  #296 | * | $144,551.88 | | $573,066.89 |
| | {5} | | Gross Proceeds from sale of real estate | $180,732.78 | 1110-000 | | $573,066.89 |
| | | | Georgia Land Company, Realtor fees | $(3,286.05) | 3510-000 | | $573,066.89 |
| | | | Pre-Petition taxes 1/1/10 - 1/30/11 | $(397.13) | 4700-000 | | $573,066.89 |
| | | | Post petition taxes (1/31/11-2015) | $(2,006.86) | 2820-000 | | $573,066.89 |
| | | | Document prep fee | $(350.00) | 2500-000 | | $573,066.89 |
| | {20} | | Adjustments of prorated taxes 2015 | $83.25 | 1290-000 | | $573,066.89 |
| | | | Rowell Auctions, Inc. | $(13,144.20) | 3610-000 | | $573,066.89 |
| | | | Rowell Auctions, Inc. | $(16,885.07) | 3620-000 | | $573,066.89 |
| | | | Rowell Auctions, Inc. | $(194.84) | 3620-000 | | $573,066.89 |
| 11/11/2015 | | Martin Snow LLP | Sale of Real Estate per order of 8/5/15  #296 | * | $115,944.51 | | $689,011.40 |
| | {5} | | Gross proceeds from sale of real estate | $131,388.19 | 1110-000 | | $689,011.40 |
| | | | Document Prep Fee | $(350.00) | 2500-000 | | $689,011.40 |
| | | | Pre-petition taxes  (2010 - 1/30/11) | $(424.24) | 4700-000 | | $689,011.40 |
| | | | post petition taxes (1/31/11 - 2015) | $(2,878.08) | 2820-000 | | $689,011.40 |
| | {20} | | Adjustment of prorated taxes 2015 | $153.02 | 1290-000 | | $689,011.40 |
| | | | Rowell Auctions, Inc. | $(11,944.38) | 3610-000 | | $689,011.40 |
| 11/16/2015 | 5007 | KELLEY LOVETT & BLAKEY P.C. | Attorney for trustee fees and expenses per order of 11/14/2015  #302 | * | | $31,824.32 | $657,187.08 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C. | $(31,367.75) | 3110-000 | | $657,187.08 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C. | $(456.57) | 3120-000 | | $657,187.08 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $550.02 | $656,637.06 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,059.61 | $655,577.45 |
| | | | **SUBTOTALS** | | $642,208.39 | $33,433.95 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | |
| **Primary Taxpayer ID #:** | **-***2802 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/8/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0252 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,055.01 | $654,522.44 |
| 02/08/2016 | 5008 | International Sureties LTD . | Ch. 7 Bond Payment, Bond #016027943 | 2300-000 | | $303.23 | $654,219.21 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $985.07 | $653,234.14 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,051.24 | $652,182.90 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,015.69 | $651,167.21 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,047.91 | $650,119.30 |
| 06/13/2016 | 5009 | Fellowship Christian School, Inc. | Distribution of Real Estate proceeds per Order of 6/1/16 (#309) | 2990-000 | | $211,607.90 | $438,511.40 |
| 06/13/2016 | 5010 | Walter W. Kelley, Trustee for Leslie Gregg Ivey | Distribution of Real Estate proceeds per Order of 6/1/16 (#309) | 8500-002 | | $2,440.15 | $436,071.25 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $911.46 | $435,159.79 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $700.29 | $434,459.50 |
| 07/29/2016 | 5011 | KELLEY LOVETT & BLAKEY P.C. | Attorney for Trustee fees and expenses per Order of 7/29/16 (#315) | * | | $12,243.23 | $422,216.27 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C.    $(11,915.00) | 3110-000 | | | $422,216.27 |
| | | | Kelley, Lovett, Blakey & Sanders, P.C.    $(328.23) | 3120-000 | | | $422,216.27 |
| 08/01/2016 | 5012 | Ed S. Sell, III | Attorney for Trustee fees and expenses per Order of July 29, 2016 (#314) | * | | $38,840.30 | $383,375.97 |
| | | | Ed S. Sell, III    $(37,960.00) | 3210-000 | | | $383,375.97 |
| | | | Ed S. Sell, III    $(880.30) | 3220-000 | | | $383,375.97 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $635.10 | $382,740.87 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $596.07 | $382,144.80 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $614.98 | $381,529.82 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $594.18 | $380,935.64 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $613.03 | $380,322.61 |
| 01/10/2017 | 5013 | International Sureties LTD . | Ch. 7 Bond Payment, Bond #016027943 Term: 01/01/17 to 01/01/18 | 2300-000 | | $139.35 | $380,183.26 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $613.62 | $379,569.64 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $553.23 | $379,016.41 |

| | | | | **SUBTOTALS** | $0.00 | $276,561.04 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | |
| **Primary Taxpayer ID #:** | **-***2802 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/8/2018 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0252 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $611.61 | $378,404.80 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $590.93 | $377,813.87 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $609.67 | $377,204.20 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $589.05 | $376,615.15 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $607.74 | $376,007.41 |
| 08/01/2017 | 5014 | Georgia Department of Revenue | Payment of Income Taxes owed by the estate per Order of 7/31/17 (#322) | 2820-000 | | $150.00 | $375,857.41 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $606.54 | $375,250.87 |
| 09/12/2017 | | Green Bank | Transfer Funds | 9999-000 | | $375,250.87 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $737,529.60 | $737,529.60 | $0.00 |
| **Less: Bank transfers/CDs** | $156,165.54 | $375,250.87 | |
| **Subtotal** | $581,364.06 | $362,278.73 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $581,364.06 | $362,278.73 | |

| For the period of 1/31/2011 to 5/8/2018 | | For the entire history of the account between 08/18/2014 to 5/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $756,961.86 | Total Compensable Receipts: | $756,961.86 |
| Total Non-Compensable Receipts: | ($60,844.33) | Total Non-Compensable Receipts: | ($60,844.33) |
| Total Comp/Non Comp Receipts: | $696,117.53 | Total Comp/Non Comp Receipts: | $696,117.53 |
| Total Internal/Transfer Receipts: | $156,165.54 | Total Internal/Transfer Receipts: | $156,165.54 |
| | | | |
| Total Compensable Disbursements: | $474,592.05 | Total Compensable Disbursements: | $474,592.05 |
| Total Non-Compensable Disbursements: | $2,440.15 | Total Non-Compensable Disbursements: | $2,440.15 |
| Total Comp/Non Comp Disbursements: | $477,032.20 | Total Comp/Non Comp Disbursements: | $477,032.20 |
| Total Internal/Transfer Disbursements: | $375,250.87 | Total Internal/Transfer Disbursements: | $375,250.87 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 11-50274-JPS |
| **Case Name:** | IVEY MANAGEMENT CORPORATION |
| **Primary Taxpayer ID #:** | **-***2802 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/31/2011 |
| **For Period Ending:** | 5/8/2018 |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Associated Bank |
| **Checking Acct #:** | ******7221 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/11/2012 | | Transfer from Acct#******5573 | Transfer of Funds | 9999-000 | $49,943.04 | | $49,943.04 |
| 10/25/2012 | (17) | Glenn Walters, Walters Farm | Proceeds from sale of generator per Order of 10/11/12 (#183) | 1229-000 | $8,000.00 | | $57,943.04 |
| 11/05/2012 | | Associated Bank | Technology Fee | 2600-000 | | $22.04 | $57,921.00 |
| 12/07/2012 | | Associated Bank | Technology Fee | 2600-000 | | $35.71 | $57,885.29 |
| 01/08/2013 | | Associated Bank | Technology Fee | 2600-000 | | $39.65 | $57,845.64 |
| 01/24/2013 | (14) | Haygood Dairy Farms | sale of dump wagon sale of victor dump wagon to haygood dairy farms deposited on 12/17/2012; w/set per Order of 11/17/12 (#188) | 1129-000 | $9,000.00 | | $66,845.64 |
| 02/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $99.37 | $66,746.27 |
| 03/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $89.63 | $66,656.64 |
| 04/05/2013 | | Associated Bank | Technology Fee | 2600-000 | | $99.10 | $66,557.54 |
| 05/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $95.75 | $66,461.79 |
| 06/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $98.81 | $66,362.98 |
| 07/08/2013 | | Associated Bank | Technology Fee | 2600-000 | | $95.48 | $66,267.50 |
| 08/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $98.53 | $66,168.97 |
| 09/09/2013 | | Associated Bank | Technology Fee | 2600-000 | | $98.38 | $66,070.59 |
| 10/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $95.07 | $65,975.52 |
| 11/07/2013 | | Associated Bank | Technology Fee | 2600-000 | | $98.09 | $65,877.43 |
| 12/06/2013 | | Associated Bank | Technology Fee | 2600-000 | | $94.78 | $65,782.65 |
| 01/07/2014 | 1001 | Walter W. Kelley, Trustee | Transfer of funds RE: Resignation of Trustee Tidwell and Appointment of Successor Trustee | 1290-002 | ($65,782.65) | | $0.00 |

|  |  |  |  |  | **SUBTOTALS** | $1,160.39 | $1,160.39 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | |
| **Primary Taxpayer ID #:** | **-***2802 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/8/2018 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Associated Bank |
| **Checking Acct #:** | ******7221 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,160.39 | $1,160.39 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $49,943.04 | $0.00 | |
| | | | **Subtotal** | | ($48,782.65) | $1,160.39 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | ($48,782.65) | $1,160.39 | |

| **For the period of 1/31/2011 to 5/8/2018** | | **For the entire history of the account between 10/03/2012 to 5/8/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $17,000.00 | Total Compensable Receipts: | $17,000.00 |
| Total Non-Compensable Receipts: | ($65,782.65) | Total Non-Compensable Receipts: | ($65,782.65) |
| Total Comp/Non Comp Receipts: | ($48,782.65) | Total Comp/Non Comp Receipts: | ($48,782.65) |
| Total Internal/Transfer Receipts: | $49,943.04 | Total Internal/Transfer Receipts: | $49,943.04 |
| | | | |
| Total Compensable Disbursements: | $1,160.39 | Total Compensable Disbursements: | $1,160.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,160.39 | Total Comp/Non Comp Disbursements: | $1,160.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-50274-JPS | |
| Case Name: | IVEY MANAGEMENT CORPORATION | |
| Primary Taxpayer ID #: | **-***2802 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/31/2011 | |
| For Period Ending: | 5/8/2018 | |

| | |
|---|---|
| Trustee Name: | Walter W. Kelley |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7401 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $375,250.87 | | $375,250.87 |
| 01/31/2018 | 5001 | CHRIS EDWARDS | Claim #: ; Amount Claimed: 11,994.00; Amount Allowed: 11,994.00;  Account Number: ; Distribution Dividend: 100.00; | 3410-000 | | $7,243.00 | $368,007.87 |
| 01/31/2018 | 5002 | Clifton, Lipford, Hardison & Parker, LLC | Claim #: ; Amount Claimed: 2,819.00; Amount Allowed: 2,819.00;  Account Number: ; Distribution Dividend: 100.00; | 3410-000 | | $2,819.00 | $365,188.87 |
| 01/31/2018 | 5003 | KELLEY LOVETT & BLAKEY P.C. | Claim #: ; Amount Claimed: 78,658.00; Amount Allowed: 78,658.00;  Account Number: ; Distribution Dividend: 100.00; | 3110-000 | | $1,860.00 | $363,328.87 |
| 01/31/2018 | 5004 | KELLEY LOVETT & BLAKEY P.C. | Claim #: ; Amount Claimed: 2,714.37; Amount Allowed: 2,714.37;  Account Number: ; Distribution Dividend: 100.00; | 3120-000 | | $64.84 | $363,264.03 |
| 01/31/2018 | 5005 | UNITED STATES BANKRUPTCY COURT . | Claim #: ; Amount Claimed: 9,726.22; Amount Allowed: 9,726.22;  Account Number: ; Distribution Dividend: 100.00; Small Claims | 3610-000 | | $0.01 | $363,264.02 |
| 01/31/2018 | 5006 | UNITED STATES BANKRUPTCY COURT . | Claim #: ; Amount Claimed: 350.00; Amount Allowed: 350.00;  Account Number: ; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $362,914.02 |
| 01/31/2018 | 5007 | Walter W. Kelley | Trustee Expenses | 2200-000 | | $139.76 | $362,774.26 |
| 01/31/2018 | 5008 | Walter W. Kelley | Trustee Compensation (80%) per Order of 1/30/18 (#340) | 2100-000 | | $26,186.58 | $336,587.68 |
| 01/31/2018 | 5009 | Walter W. Kelley, Trustee for Paulette H. Ivey | Surplus funds paid to Walter W. Kelley, Trustee for Paulette H. Ivey, Case #11-53036 per Order of 6/1/16 (#309) | 8200-002 | | $265,322.08 | $71,265.60 |
| 01/31/2018 | 5010 | Duggan & Massey, PC | Claim #: 1; Amount Claimed: 22,915.00; Amount Allowed: 22,915.00;  Account Number: ; Distribution Dividend: 100.00; | * | | $23,332.38 | $47,933.22 |
| | | | Claim Amount                              $(22,915.00) | 7100-000 | | | $47,933.22 |
| | | | Interest                                         $(417.38) | 7990-000 | | | $47,933.22 |

| | | |
|---|---|---|
| **SUBTOTALS** | $375,250.87 | $327,317.65 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | |
| **Primary Taxpayer ID #:** | **-***2802 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/8/2018 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | 5011 | FIA Card Services, NA as successor in interest to Bank of America NA and MBNA | Claim #: 4; Amount Claimed: 29,131.91; Amount Allowed: 29,131.91; Account Number: ; Distribution Dividend: 100.00; | * | | $29,662.53 | $18,270.69 |
| | | | Claim Amount $(29,131.91) | 7100-000 | | | $18,270.69 |
| | | | Interest $(530.62) | 7990-000 | | | $18,270.69 |
| 01/31/2018 | 5012 | Ascension Insurance, Inc. | Claim #: 9; Amount Claimed: 1,462.00; Amount Allowed: 1,462.00; Account Number: ; Distribution Dividend: 100.00; | * | | $1,488.63 | $16,782.06 |
| | | | Claim Amount $(1,462.00) | 7100-000 | | | $16,782.06 |
| | | | Interest $(26.63) | 7990-000 | | | $16,782.06 |
| 01/31/2018 | 5013 | Internal Revenue Service | Claim #: 10; Amount Claimed: 1,000.00; Amount Allowed: 1,000.00; Account Number: ; Distribution Dividend: 100.00; | * | | $1,018.21 | $15,763.85 |
| | | | Claim Amount $(1,000.00) | 5800-000 | | | $15,763.85 |
| | | | Interest $(18.21) | 7990-000 | | | $15,763.85 |
| 01/31/2018 | 5014 | American Express Bank, FSB | Claim #: 11; Amount Claimed: 2,585.93; Amount Allowed: 2,585.93; Account Number: ; Distribution Dividend: 100.00; | * | | $2,633.03 | $13,130.82 |
| | | | Claim Amount $(2,585.93) | 7100-000 | | | $13,130.82 |
| | | | Interest $(47.10) | 7990-000 | | | $13,130.82 |
| 01/31/2018 | 5015 | Office of United States Trustee | Claim #: 15; Amount Claimed: 325.00; Amount Allowed: 325.00; Account Number: ; Distribution Dividend: 100.00; | 6990-000 | | $325.00 | $12,805.82 |
| 01/31/2018 | 5016 | Georgia Department of Revenue | Claim #: 16; Amount Claimed: 2,625.51; Amount Allowed: 2,625.51; Account Number: ; Distribution Dividend: 100.00; | * | | $2,673.33 | $10,132.49 |
| | | | Claim Amount $(2,625.51) | 5800-000 | | | $10,132.49 |
| | | | Interest $(47.82) | 7990-000 | | | $10,132.49 |
| | | | **SUBTOTALS** | | $0.00 | $37,800.73 | |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | **Trustee Name:** Walter W. Kelley |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2802 | **Checking Acct #:** ******7401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 1/31/2011 | **Blanket bond (per case limit):** $7,575,000.00 |
| **For Period Ending:** | 5/8/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | 5017 | Georgia Department of Revenue | Claim #: 16; Amount Claimed: 696.30; Amount Allowed: 696.30; Account Number: ; Distribution Dividend: 100.00; | * | | $708.98 | $9,423.51 |
| | | | Claim Amount $(696.30) | 7300-000 | | | $9,423.51 |
| | | | Interest $(12.68) | 7990-000 | | | $9,423.51 |
| 01/31/2018 | 5018 | Georgia Department of Revenue | Claim #: 17; Amount Claimed: 2,420.63; Amount Allowed: 2,420.63; Account Number: ; Distribution Dividend: 100.00; | * | | $2,464.72 | $6,958.79 |
| | | | Claim Amount $(2,420.63) | 5800-000 | | | $6,958.79 |
| | | | Interest $(44.09) | 7990-000 | | | $6,958.79 |
| 01/31/2018 | 5019 | Georgia Department of Revenue | Claim #: 17; Amount Claimed: 404.78; Amount Allowed: 404.78; Account Number: ; Distribution Dividend: 100.00; | * | | $412.15 | $6,546.64 |
| | | | Claim Amount $(404.78) | 7300-000 | | | $6,546.64 |
| | | | Interest $(7.37) | 7990-000 | | | $6,546.64 |
| 01/31/2018 | 5020 | J. Coleman Tidwell | Trustee Compensation (20%) per Order of 1/30/18 (#339) | 2100-000 | | $6,546.64 | $0.00 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $0.00 | $10,132.49 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-50274-JPS | |
| Case Name: | IVEY MANAGEMENT CORPORATION | |
| Primary Taxpayer ID #: | **-***2802 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/31/2011 | |
| For Period Ending: | 5/8/2018 | |

| | |
|---|---|
| Trustee Name: | Walter W. Kelley |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7401 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $375,250.87 | $375,250.87 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $375,250.87 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $375,250.87 | |
| | | | **Less: Payments to debtors** | | $0.00 | $265,322.08 | |
| | | | **Net** | | $0.00 | $109,928.79 | |

| **For the period of 1/31/2011 to 5/8/2018** | | **For the entire history of the account between 09/12/2017 to 5/8/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $375,250.87 | Total Internal/Transfer Receipts: | $375,250.87 |
| | | | |
| Total Compensable Disbursements: | $109,928.79 | Total Compensable Disbursements: | $109,928.79 |
| Total Non-Compensable Disbursements: | $265,322.08 | Total Non-Compensable Disbursements: | $265,322.08 |
| Total Comp/Non Comp Disbursements: | $375,250.87 | Total Comp/Non Comp Disbursements: | $375,250.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-50274-JPS | |
| Case Name: | IVEY MANAGEMENT CORPORATION | |
| Primary Taxpayer ID #: | **-***2802 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/31/2011 | |
| For Period Ending: | 5/8/2018 | |

| | |
|---|---|
| Trustee Name: | Walter W. Kelley |
| Bank Name: | BANK OF AMERICA |
| Money Market Acct #: | ******5573 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2012 | (4) | Martin A. Wilson Trust Account | 701.84 Acres Upson County GA sale proceeds per Order of (#176) | 1110-000 | $30,000.00 | | $30,000.00 |
| 09/06/2012 | (4) | Martin A. Wilson Trust Account | 701.84 Acres Upson County GA sale proceeds per Order of (#176) | 1110-000 | $20,000.00 | | $50,000.00 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.27 | | $50,000.27 |
| 09/28/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $36.89 | $49,963.38 |
| 10/11/2012 | (INT) | Bank of America | Interest | 1270-000 | $0.14 | | $49,963.52 |
| 10/11/2012 | | Transfer to Acct#******7221 | Transfer of Funds | 9999-000 | | $49,943.04 | $20.48 |
| 10/11/2012 | | Bank of America | Bank fees | 2600-000 | | $20.48 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $50,000.41 | $50,000.41 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $49,943.04 | |
| **Subtotal** | $50,000.41 | $57.37 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $50,000.41 | $57.37 | |

| For the period of 1/31/2011 to 5/8/2018 | | For the entire history of the account between 07/26/2012 to 5/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.41 | Total Compensable Receipts: | $50,000.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.41 | Total Comp/Non Comp Receipts: | $50,000.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $57.37 | Total Compensable Disbursements: | $57.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.37 | Total Comp/Non Comp Disbursements: | $57.37 |
| Total Internal/Transfer Disbursements: | $49,943.04 | Total Internal/Transfer Disbursements: | $49,943.04 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-50274-JPS | |
| **Case Name:** | IVEY MANAGEMENT CORPORATION | |
| **Primary Taxpayer ID #:** | **-***2802 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 5/8/2018 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******9900 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $7,575,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | 5 Uniform Tran Code | 6 Deposit $ | 7 Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/10/2014 | (4) | J. Coleman Tidwell | Transfer of estate funds from Trustee Coleman Tidwell in successor trustee case | 1290-000 | $65,782.65 | | $65,782.65 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $53.61 | $65,729.04 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $88.23 | $65,640.81 |
| 03/04/2014 | 101 | International Sureties, LTD | Blanket Bond - #016027943 | 2300-000 | | $52.80 | $65,588.01 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $91.22 | $65,496.79 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $100.49 | $65,396.30 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $94.06 | $65,302.24 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $90.79 | $65,211.45 |
| 07/14/2014 | | T. Lynn Davis Realty & Auction | Auction proceeds per Consent Order of 4/23/14 (#223) | * | $58,168.90 | | $123,380.35 |
| | {15} | | 1/3 of auction sale proceeds $33,464.38 | 1129-000 | | | $123,380.35 |
| | {15} | | 1/3 of auction sale proceeds to be paid to Walter W. Kelley, Chapter 7 Trustee for Paulette Ivey, Case #11-53036 $27,746.73 | 1280-002 | | | $123,380.35 |
| | | | T. Lynn Davis $(3,042.21) | 3610-000 | | | $123,380.35 |
| 07/16/2014 | | T. Lynn Davis Realty & Auction Co., Inc. | Auction proceeds per Consent Order of 4/23/14 (#223) | * | $33,097.60 | | $156,477.95 |
| | {15} | | 1/3 of auction sale proceeds to be paid to Walter W. Kelley, Chapter 7 Trustee for Leslie Gregg Ivey, Case #11-53075 $30,422.17 | 1280-002 | | | $156,477.95 |
| | {15} | | Balance of 1/3 of auction sale proceeds to be paid to Walter W. Kelley, Chapter 7 Trustee for Paulette Ivey, Case #11-53036 $2,675.43 | 1280-002 | | | $156,477.95 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $170.02 | $156,307.93 |
| 08/18/2014 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $142.39 | $156,165.54 |
| 08/18/2014 | | Bank of Texas | Transfer Funds | 9999-000 | | $156,165.54 | $0.00 |

|  |  |  | **SUBTOTALS** | | $157,049.15 | $157,049.15 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 11-50274-JPS | Trustee Name: | Walter W. Kelley |
| Case Name: | IVEY MANAGEMENT CORPORATION | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2802 | Checking Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 5/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $157,049.15 | $157,049.15 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $156,165.54 | |
| | | | Subtotal | | $157,049.15 | $883.61 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $157,049.15 | $883.61 | |

| For the period of 1/31/2011 to 5/8/2018 | | For the entire history of the account between 01/09/2014 to 5/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $99,247.03 | Total Compensable Receipts: | $99,247.03 |
| Total Non-Compensable Receipts: | $60,844.33 | Total Non-Compensable Receipts: | $60,844.33 |
| Total Comp/Non Comp Receipts: | $160,091.36 | Total Comp/Non Comp Receipts: | $160,091.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,925.82 | Total Compensable Disbursements: | $3,925.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,925.82 | Total Comp/Non Comp Disbursements: | $3,925.82 |
| Total Internal/Transfer Disbursements: | $156,165.54 | Total Internal/Transfer Disbursements: | $156,165.54 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-50274-JPS | Trustee Name: | Walter W. Kelley |
| Case Name: | IVEY MANAGEMENT CORPORATION | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2802 | Checking Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 5/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $739,630.97 | $739,630.97 | $0.00 |

| **For the period of 1/31/2011 to 5/8/2018** | | **For the entire history of the case between 09/27/2011 to 5/8/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $923,209.30 | Total Compensable Receipts: | $923,209.30 |
| Total Non-Compensable Receipts: | ($65,782.65) | Total Non-Compensable Receipts: | ($65,782.65) |
| Total Comp/Non Comp Receipts: | $857,426.65 | Total Comp/Non Comp Receipts: | $857,426.65 |
| Total Internal/Transfer Receipts: | $581,359.45 | Total Internal/Transfer Receipts: | $581,359.45 |
| | | | |
| Total Compensable Disbursements: | $589,664.42 | Total Compensable Disbursements: | $589,664.42 |
| Total Non-Compensable Disbursements: | $267,762.23 | Total Non-Compensable Disbursements: | $267,762.23 |
| Total Comp/Non Comp Disbursements: | $857,426.65 | Total Comp/Non Comp Disbursements: | $857,426.65 |
| Total Internal/Transfer Disbursements: | $581,359.45 | Total Internal/Transfer Disbursements: | $581,359.45 |

/s/ WALTER W. KELLEY

WALTER W. KELLEY